

# THE HOMEWARD BOUND PROGRAM
## FOR CHILDREN, INC.

1428 ZEREGA AVENUE  
BRONX, NY 10462-5410

WWW.NYCHOUSINGPROGRAM.COM  
NYCHOUSINGPROGRAM@HOTMAIL.COM

PH: 718-863-1300  
FAX: 718-863-4877

July 20, 2019

**HAND DELIVERED**

**Hon. Katherine Polk Failla**

**United States District Court**

**40 Foley Square**

**New York, NY 10007**

**failla_nysdchambers@nysd.uscourts.gov**

**Re: 19 CV 3101 (S.D.N.Y.)**

**Edwin Rivera v. United States Citizenship and Immigration Service**

**Barbara Owlett, Director; New York State Attorney General Office;**

**Roberto Lebron, Assistant Attorney General**

**Respected Judge Failla,**

I am the plaintiff in the above-referenced action, and I write in pursuit of ways to help those with special needs. Since our office does not have the

1

capital required to pay for the services of an attorney and a host of other services needed to prepare before Your Honor, I have to do so myself.

In all honesty, this has not been an easy endeavor for me. I am not even sure where to start from, but I can say with conviction that my church is praying we obtain approval for the petitions and applications submitted to the United States Citizenship and Immigration Service (USCIS), and are awarded the funds we desperately need. Otherwise, we will not be able to continue working with our clients who are homeward bound. The farmers in Puerto Rico are waiting for us (see www.jeccfarm.com).

I was able to become a licensed real estate broker in 1996 to find suitable housing for our clients. However, our members need simple things such as a green card. I attended an immigration law school and passed the necessary exams. Subsequently, the school issued me a certificate required to submit Form EOIR-31 and EOIR-31A in order to be recognized by USCIS. However, *equal employment opportunity* seems to be part of the past; we received that when I was only a child.

"Yes, there were times when I bit off more than I could chew" and now the end is near for me. There is no doubt that I tried to care for the needy with the help of God. I even traveled the world to help the United States as an undercover agent without the expectation of a salary (see www.riverathewhistleblower.com; 1993 Arrest).

Nevertheless, the defendants ignored the said complaint each time. USCIS failed to answer, and NYS stated that I was asking for benefits under the law not mentioned in my complaint, 42 U.S.C. 1983.

Title VII of the Civil Rights Act of 1964 prohibits employment practices that have a discriminatory impact, unless they are related to job performance. The Act requires the elimination of artificial, arbitrary, and unnecessary _barriers to employment that operate invidiously to discriminate_.

I am unable to find other ways to resolve this issue and thus seek your kind assistance in this regard. To review 1576/2004, alleged violations of my constitutional rights, see Palm Sunday Compromise.

Please help us. I look forward to hearing from you.

Respectfully submitted,

*[signature]*

Edwin Rivera

Pro Se

CC: (via email and First Class Mail)

United States Citizenship and Immigration Service (USCIS)
Barbara Owlett, Director
26 Federal Plaza
New York, NY 10278

New York State Attorney General Office,
David Diamond, Assistant Attorney General (AAG)
28 Liberty Street
New York, NY 10005
david.diamond@ag.ny.gov



Certificate Of Mailing

From: EDWIN RIVERA
1418 ZEREGA AVE.
BRONX, N.Y. 10462-54[]

To: USCIS
ATTN: BARBARA DOLETTI
26 FEDERAL PLAZA
NEW YORK, N.Y. 10278

U.S. POSTAGE PAID
FCM LETTER
BRONX, NY
10461
JUL 22 19
AMOUNT
$1.45
R2305M148844-23

U.S. POSTAGE PAID
FCM LETTER
BRONX, NY
10461
JUL 22, 19
AMOUNT

**$1.45**

R2305M148844-23

**UNITED STATES POSTAL SERVICE** ®   Certificate Of Mail

This Certificate of Mailing provides evidence that mail has been presented to USPS® for m
This form may be used for domestic and international mail.

From: EDWIN RIVERA
1448 ZEREGA AVE.
BRONX, N.Y. 10462-354

To: N.Y.S.A.G.
DAVID DIAMOND, AAG
28 LIBERTY ST.
N.Y., N.Y. 10025

PS Form **3817**, April 2007 PSN 7530-02-000-9065

---

Debit Card Re...
(Card Name
(Account #
(Approval
(Transactio
(Receipt #:
(Debit Card
(Cash Back: $

Total:

(Affixe
Cert of Mai
(Wednes
(Estim
(Weigh
(NEW
(Dome
Letter
First-cl
(Att
Cert of
(We
(ES
(H