

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 5, 2019

VIA ECF
Hon. Katherine P. Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *Rivera v. United States Citizenship and Immigration Services*,
           No. 19 Civ. 3101 (KPF)

Dear Judge Failla:

      This Office represents defendant United States Citizenship and Immigration Services ("USCIS" or the "government") in the above-referenced proceeding brought by *pro se* plaintiff Edwin Rivera ("Rivera"). I write respectfully regarding Rivera's proposed Order to Show Cause for Default Judgment (ECF No. 19) and to request a pre-motion conference pursuant to section 4.A of the Court's individual practices. As the Court already has scheduled a pre-motion conference at the request of counsel for defendant the New York State Attorney General's Office for August 15, 2019 at 2:00 p.m., the government respectfully requests that the Court also consider the issues discussed in this letter at that conference.

      By way of background, the complaint was filed on April 8, 2019, but has not yet been served on the United States as required under Rule 4(i)(1) of the Federal Rules of Civil Procedure, which requires delivery of the summons and complaint "to the United States attorney for the district where the action is brought" or his or her designee or civil process clerk. Fed. R. Civ. P. 4(i)(1). The complaint purports to assert claims under "the Civil Rights Act of 1964[,] Equal Employment Opportunity Commission (EEOC)[,] and Freedom of Information Act ('FOIA'), for injunctive and other appropriate relief, seeking the approval of petitions sought by [Rivera]." Compl. (ECF No. 2) ¶ 1. The complaint appears to allege that Rivera filed petitions seeking religious-worker visas on behalf of thirty-four individuals. *See id.* ¶ 11.[1] The complaint purports to assert two enumerated causes of action under Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e *et seq.*), *see id.* ¶¶ 14-32, 33-75, and one unenumerated civil rights cause of action for "dishonesty, fraud, and misrepresentation," *id.* 15-17.

---

[1] As explained on the USCIS website, a foreign national may apply for a temporary nonimmigrant visa to work as a minister or in another religious vocation or occupation at least part time (*i.e.*, an average of at least twenty hours per week) for certain types of employers. *See* USCIS, *R-1 Temporary Nonimmigrant Religious Workers*, available at
https://www.uscis.gov/working-united-states/temporary-workers/r-1-temporary-religious-workers/r-1-temporary-nonimmigrant-religious-workers.

The government anticipates seeking dismissal on the ground that Title VII does not apply in the circumstances alleged here because there is no alleged employment relationship between USCIS (or any United States entity) and the plaintiff (or even any of the thirty-four named alleged R-1 visa applicants). *See Kern v. City of Rochester*, 93 F.3d 38, 45 (2d Cir. 1996) ("Title VII is an *employment* law, available only to employees (or prospective employees) seeking redress for the unlawful employment practices of their employers." (emphasis in original)). Thus, the two enumerated causes of action fail with respect to USCIS. The third unenumerated cause of action (which purports to assert a "violation of civil rights" but does not specify any particular civil rights statute that allegedly was violated) fails to allege any involvement of USCIS (or any United States entity) in the purported dishonesty, fraud, or misrepresentation, that claim fails to state a cause of action as well. Even if the complaint were construed as seeking a refund of any application fees, such a claim fails because those fees are clearly non-refundable. *See* 8 C.F.R. § 103.2(a)(1) ("Filing fees generally are non-refundable"); Form I-290B *Instructions for Notice of Appeal or Motion*, at 6 ("The filing fee is not refundable, regardless of any action USCIS takes on this form."); *U.S. Citizenship and Immigration Services Fee Schedule*, Federal Register 81 No. 73292, 73314 n.81 (Oct. 24, 2016) ("Just as USCIS does not refund filing fees for a denied benefit, USCIS will not refund filing fees for a revoked benefit. After USCIS has fully adjudicated the request, it will have performed the same amount of work and expended the same resources for the adjudication that it would have expended if the case had been approved or denied.").

Notwithstanding Rivera's noncompliance with Rule 4(i)(A), this Office became aware of the action through other means, and the undersigned entered an appearance on USCIS's behalf on July 30, 2019. As indicated above, the government is prepared to proceed with the August 15 pre-motion conference and subsequent briefing of its proposed motion to dismiss. Under these circumstances, the government respectfully requests that the Court accept this pre-motion letter as timely filed and deny Rivera's request for an order to show cause.

Rivera does not consent to these requests.

We thank the Court for its consideration of this letter.

                                      Respectfully submitted,

                                      GEOFFREY S. BERMAN
                                      United States Attorney
                                        Southern District of New York

By:  *s/ Joshua E. Kahane*
       JOSHUA E. KAHANE
       Assistant United States Attorney
       Telephone: (212) 637-2699
       Facsimile: (212) 637-2786
       E-mail: joshua.kahane@usdoj.gov

cc: All counsel (via ECF)
    Edwin Rivera (via E-mail)

Application GRANTED. The Court will consider the issues discussed in this letter at the August 15, 2019 conference. In light of Defendant's correspondence and appearance in the case, Plaintiff's request for an Order to Show Cause is hereby DENIED. The Clerk of Court is directed to terminate the motion at Docket Entry 22.

Dated: August 5, 2019
      New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

*A copy of this Order was mailed by Chambers to:*

Edwin Rivera
1428 Zerega Avenue
Bronx, NY 10462-5410