UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN RIVERA,<br><br>           Plaintiff,<br><br>- against -<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>           Defendants. | **19 Civ. 3101 (KPF)**<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Federal Defendants' Motion to Dismiss, United States Citizenship and Immigration Services ("USCIS"), Thomas Cioppa, in his official capacity as New York District Director of USCIS, Department of Justice Office of Legal Access Programs ("OLAP"), and Steven Lang, in his official capacity as Program Director of OLAP (collectively, the "Federal Defendants"), through their attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, will move this Court before the Honorable Katherine Polk Failla, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, for an order dismissing this action under Rules 8, 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
     January 6, 2020

                   Respectfully submitted,

                   GEOFFREY S. BERMAN
                   United States Attorney for the
                   Southern District of New York
                   Attorney for the Federal Defendants

By: /s/ *Joshua E. Kahane*
JOSHUA E. KAHANE
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2699
Fax (212) 637-2786
Email: joshua.kahane@usdoj.gov

cc: All counsel (via ECF)
Edwin Rivera (via E-mail and Certified Mail)