UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| Edwin Rivera, | |
| Plaintiff, | **STATE DEFENDANTS' NOTICE OF MOTION TO DISMISS** |
| - against - | |
| | 19 CV 3101 (KPF)(JN) |
| United States Citizenship and Immigration Service, Thomas Cioppa, Director (USCIS) | **ORIGINAL FILED BY ECF** |
| Department of Justice, Office of Legal Access Programs, Steven Lang, Program Director (OLAP) | |
| New York State Attorney General, Roberto Lebron (AAG), | |
| Defendants. | |

------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of State Defendants' Motion to Dismiss, dated January 6, 2020; the Declaration of David B. Diamond, dated January 6, 2020, and the exhibits annexed thereto; and all prior pleadings and proceedings herein, defendants the New York State Office of the Attorney General ("OAG") and Assistant Attorney General Roberto Lebron ("AAG Lebron") (collectively, "State Defendants"), by their attorney, Letitia James, Attorney General of the State of New York, will move this Court, before the Honorable Katherine Polk Failla, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing plaintiff's Second Amended Complaint in its entirety with prejudice pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, together with such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order of December 20, 2019, plaintiff's opposition to defendants' motions, if any, shall be served on or before February 20, 2020, and defendants' replies to such opposition, if any, shall be served on or before March 16, 2020.

Dated: New York, New York
January 6, 2020

LETITIA JAMES
Attorney General of the
  State of New York
<u>Attorney for State Defendants</u>
By:

_____s/_____

David B. Diamond
Assistant Attorney General
28 Liberty Street - 15th Floor
New York, New York 10005
Tel.: (212) 416-8476
david.diamond@ag.ny.gov

To:    Edwin Rivera
<u>Plaintiff Pro Se</u>
1428 Zerega Avenue
Bronx, New York 10462-5410
Tel.: (347) 439-1421

Joshua E. Kahane, Esq.
<u>Attorney for Federal Defendants</u>
Assistant United States Attorney
United States Department of Justice
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2699