UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDWIN RIVERA,

                Plaintiff,

-against-

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, ROBERTO
LEBRON, Assistant Attorney General, THOMAS
CIOPPA, District Director, United States
Citizenship and Immigration Services, NEW
YORK STATE OFFICE OF THE ATTORNEY
GENERAL, DEPARTMENT OF JUSTICE,
OFFICE OF LEGAL ACCESS PROGRAMS, and
STEVEN LANG, Program Director (AAG),

                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/2020

19 CIVIL 3101 (KPF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 12, 2020, Defendants' motion to dismiss the Second Amended Complaint is GRANTED. Plaintiff's Second Amended Complaint is dismissed with prejudice, except for his state-law claims of intentional infliction of emotional distress, negligence, and breach of duty, over which the Court declines to exercise jurisdiction; accordingly, this case is closed.

**Dated:** New York, New York

       August 13, 2020

                                                     **RUBY J. KRAJICK**

                                                     Clerk of Court

                            BY:

                                                        Deputy Clerk